946 P.2d 971

# SUPREME COURT OF HAWAI'I

Rent–A–Center v. Courtney .......................... 18802   8/6/97   Vacated and Remanded

BIGI Corp. v. Lau ................................. 19610   8/8/97   Affirmed/Reversed in part

Valdez v. Fonoimoana ............................. 19236 & 19980   8/26/97   Affirmed, Vacated and Remanded

GTE Sylvania Lighting v. Local 1186 ................. 18789   8/28/97   Dismissed

State v. Dutro ..................................... 19409   10/9/97   Vacated and Remanded

State v. Akahi .................................... 19537   10/14/97   Affirmed in part, Vacated and Remanded

State v. Santana .................................. 19170   10/15/97   Affirmed, Vacated and Remanded in part

State v. Niles ..................................... 19039   10/16/97   Affirmed in part and Reversed in part

State v. Cablay ................................... 19407   10/23/97   Vacated & Remanded